UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERT L. HOLLEMAN, <br> EDWARD ZARAGOZA, <br><br> Plaintiffs, <br><br> v. <br><br> WEXFORD HEALTH OF INDIANA, INC., <br> et al., <br><br> Defendants. | ) ) ) ) ) ) ) No. 2:19-cv-00366-JPH-MJD ) ) ) ) ) ) |

**PRELMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(d), the Court issues this Preliminary Injunction and orders the following:

1. Defendants Wexford Health of Indiana, Inc., Dr. Naveen Rajoli, Dr. Duane Pierce, and Health Care Administrator Kim Hobson are ordered (a) to cause plaintiff Robert L. Holleman to receive a gluten-free diet while in the custody of the Indiana Department of Correction, and (b) to cause plaintiff Edward Zaragoza to receive a soy-free diet while in the custody of the Indiana Department of Correction.

2. The plaintiffs shall be provided these diets at any Indiana Department of Correction facility to which they are confined until the conclusion of this action and entry of final judgment or until further order of the Court.

3. The plaintiffs have shown some likelihood of success on the merits of their claims that the refusal to provide the gluten-free diet and soy-free diet violates their Eighth Amendment rights to adequate medical care and that they are suffering irreparable harm while they are denied these diets. The plaintiffs have shown that they have no adequate remedy at law absent this

1

preliminary injunction, and that the potential harm to themselves outweighs any potential harm caused to the defendants.

**SO ORDERED**.

Date: 5/1/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Robert L. Holleman
10067
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Edward Zaragoza
983598
Wabash Valley Correctional Facility - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838

Douglass R. Bitner
Katz Korin Cunningham, P.C.
dbitner@kkclegal.com

David C. Dickmeyer
Indiana Attorney General
David.Dickmeyer@atg.in.gov

Angela Marie Rinehart
Katz Korin Cunningham, P.C.
arinehart@kkclegal.com